IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA )
)
VS. )                    CASE NO.:  3:11-CR-314-N (01)
)
MICHAEL PERALES )

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

Michael Perales, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir.

1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty to

Count(s) 1 of the Indictment.  After cautioning and examining  the defendant under oath concerning

each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and

voluntary and that the offense(s) charged is supported by an independent basis in fact containing

each of the essential elements of such offense.  I therefore recommend that the plea of guilty be

accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   July 31, 2012

_____
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).